IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GLEN SEARCY and NADINE SEARCY,<br><br>Plaintiffs,<br><br>vs.<br><br>MID-AMERICA EYE CENTER, P.C. and JOSEPH PARELMAN, M.D.,<br><br>Defendants. | Case No. 10-0199-CV-W-GAF |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed without prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: February 1, 2011